NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE SHARED MEMORY GRAPHICS LLC,**
*Petitioner.*

---

Miscellaneous Docket No. 978

---

On Petition for Writ of Mandamus to the United States District Court for the Northern District of California in case no. 10-CV-2475, Judge Maxine M. Chesney.

---

## ON PETITION FOR WRIT OF MANDAMUS

---

## ORDER

Shared Memory Graphics LLC (SMG) submits a petition for a writ of mandamus to direct the United States District Court for the Northern District of California to vacate its orders granting Nintendo Co. of America et al. (Nintendo)'s motion to disqualify the law firm of Floyd & Buss, LLP (F&B) from further representation in this case or alternatively to modify its orders to allow F&B to represent SMG against Apple, Inc., Samsung Electronics Co., and Sony Corporation of America.

Upon consideration thereof,

IT IS ORDERED THAT:

The respondents are directed to respond no later than April 11, 2011.

FOR THE COURT

**MAR 2 3 2011**
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Darin J. Glasser, Esq.
Grant E. Kinsel, Esq.
Arthur Gollwitzer, III, Esq.
Lewis V. Popovski, Esq.
Clerk, United States District Court for the Northern District of California

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 23 2011

JAN HORBALY
CLERK